B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT Northern District of Illinois | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **AMCORE Financial, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **-None-** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **36-3183870** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **200 South Wacker Drive, Suite 3100 Chicago, IL** ZIP CODE **60606** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: **Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): ZIP CODE | |

### Type of Debtor
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other **Bank Holding Company**

### Tax-Exempt Entity
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (4/10)                                                                                              Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): AMCORE Financial, Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:  -None- | Case Number: N/A | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District:  Northern District of Illinois | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
|---|---|
| ☑ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form) 1 (4/10)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | **Name of Debtor(s):**<br>AMCORE Financial, Inc. |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

---

**Signature of Attorney***

X _Gz_____
Signature of Attorney for Debtor(s)
**George N. Panagakis**
Printed Name of Attorney for Debtor(s)
**Skadden, Arps, Slate, Meagher & Flom LLP**
Firm Name
**155 N. Wacker Drive, Chicago, IL 60606-1720**
_____
Address
**(312) 407-0700**
Telephone Number   8-19-10
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Judith C. Sutfin_____
Signature of Authorized Individual
**Judith C. Sutfin**
Printed Name of Authorized Individual
**Chief Financial Officer**
Title of Authorized Individual
Aug. 19, 2010
Date

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

In re  AMCORE Financial, Inc. _____ ,      )      Case No. _____

                         Debtor      )

                                      )

                                      )      Chapter 11

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  0-13393_____ .

2. The following financial data is the latest available information and refers to the debtor's condition on
8-19-2010_____ .

    a. Total assets                                               $ 7.2 million

    b. Total debts (including debts listed in 2.c., below)        $ 75.4 million

    c. Debt securities held by more than 500 holders:

                                                                    Approximate number of holders:

secured ☐    unsecured ☑    subordinated ☑    $ 57,481,699 _____     _____

secured ☐    unsecured ☐    subordinated ☐    $ _____     _____

secured ☐    unsecured ☐    subordinated ☐    $ _____     _____

secured ☐    unsecured ☐    subordinated ☐    $ _____     _____

secured ☐    unsecured ☐    subordinated ☐    $ _____     _____

    d. Number of shares of preferred stock            _____     _____

    e. Number of shares common stock             23,099,072     6,500

        Comments, if any:

3. Brief description of debtor's business:
Debtor is a Nevada corporation that was organized as a bank holding company.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
    None.

# CERTIFICATE

The undersigned hereby certifies that (i) he is the duly authorized and appointed Secretary of AMCORE Financial, Inc. (the "Company"), and (ii) attached hereto is a true and correct copy of resolutions unanimously authorized and approved by the Board of Directors of the Company on July 29, 2010, and such resolutions remain in full force of effect as of the date hereof.

/s/ _____

Guy Francesconi
Secretary & General Counsel of
AMCORE Financial, Inc.

DATE: ____8/19/10____

## RESOLUTIONS OF THE BOARD OF DIRECTORS OF
## AMCORE FINANCIAL, INC. (a Nevada corporation)

The undersigned, Guy W. Francesconi, being the duly appointed Secretary of AMCORE Financial, Inc., a Nevada corporation (the "Company"), does hereby certify that the following resolutions were duly adopted by the Board of Directors of the Company (the "Board") at a special meeting of the Board held on July 29, 2010 and that such resolutions have not been amended or rescinded and are now in full force and effect:

RESOLVED, that, in the judgment of the Board of Directors (the "Board") of AMCORE Financial, Inc., a Nevada corporation (the "Company"), it is desirable and in the best interests of the Company, its creditors, and other interested parties that a petition be filed by the Company in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Bankruptcy Court") seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in which the authority to operate as a debtor-in-possession will be sought, and the filing of such petition is authorized hereby; and it is further

RESOLVED, that each of the officers of the Company, including, without limitation, the Chief Executive Officer, the Chief Financial Officer, the General Counsel/Secretary (each, an "Authorized Officer" and collectively, the "Authorized Officers") be, and each of them, with full authority to act without the others, hereby is, authorized, empowered, and directed, on behalf of the Company, to execute and verify a petition in the name of the Company under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the Bankruptcy Court in such form and at such time as the Authorized Officer executing said petition on behalf of the Company shall determine; and it is further

RESOLVED, that the Authorized Officers be, and each of them, with full authority to act without the others, hereby is, authorized, empowered, and directed, on behalf of and in the name of the Company, to execute, verify, and/or file or cause to be filed and/or executed or verified (or to direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants, or other professionals and to take any and all action which they deem necessary, proper or desirable in connection with the chapter 11 case; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by any Authorized Officer to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code or in connection with the chapter 11 case or any matter related thereto be, and they hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company; and it is further

RESOLVED, that the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, and its affiliated law practice entities be, and hereby are, employed under a general retainer to render legal services to, and to represent, the Company in connection with the chapter 11 case and any other related matters in connection therewith on such terms as any Authorized Officer shall approve; and it is further

RESOLVED, Kurtzman Carson Consultants LLC be, and hereby are, employed as notice, claims, and solicitation agent to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations on such terms as any Authorized Officer shall approve; and it is further

RESOLVED, that the Authorized Officers be, and each of them, with full authority to act without the others, hereby is, authorized, empowered, and directed, on behalf of, and in the name of the Company, to retain such other professionals on such terms as they deem appropriate during the course of the chapter 11 case; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by any Authorized Officer to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code or in connection with the chapter 11 case or any matter related thereto be, and they hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company; and it is further

RESOLVED, that the Authorized Officers be, and each of them, with full authority to act without the others, hereby is, authorized, empowered, and directed, on behalf of, and in the name of the Company, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further shareholder or member consents in respect of each of the Company's subsidiaries as in their judgment shall be necessary, appropriate, or advisable to effectuate the seeking of relief under chapter 11 of the Bankruptcy Code with respect to each such subsidiary; and it is further

RESOLVED, that any person dealing with any Authorized Officer in connection with any of the foregoing matters shall be conclusively entitled to rely upon the authority of such Authorized Officer and by such Authorized Officer's execution of any instrument, certificate, notice, or document, the same shall be a valid and binding obligation of the Company enforceable in accordance with its terms; and it is further

RESOLVED, that the Authorized Officers be, and each of them, with full authority to act without the others, hereby is, authorized, empowered, and directed, on behalf of and in the name of the Company, to pay all necessary and reasonable fees and expenses incurred in connection with the transactions contemplated by these resolutions; and it is further

RESOLVED, that, in addition to the specific authorizations heretofore conferred upon the Authorized Officers, the Authorized Officers be, and each of them, with full authority to act without the others, hereby is, authorized, empowered, and directed to take or cause to be taken all such further actions, to execute and deliver or cause to be executed and delivered all such further certificates, agreements, instruments, and documents and to incur all such fees and expenses, on behalf of and in the name of the Company, as in their judgment shall be necessary, appropriate, or advisable to carry out fully the intent and purposes of the foregoing resolutions and each of them; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by any Authorized Officer prior to adoption of these resolutions with respect to the matters contemplated by these resolutions be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company.

* * * * *

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 10-_____ |
| | ) |
| AMCORE FINANCIAL, INC., | ) *Chapter 11* |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |
| | ) |

## DECLARATION

      I, Judith C. Sutfin, Chief Financial Officer of the above-captioned Debtor and an authorized signatory in this chapter 11 case, declare under penalty of perjury that I have reviewed the attached "List of Creditors Holding 20 Largest Unsecured Claims" and that it is true and correct to the best of my knowledge, information, and belief, with reliance on appropriate corporate officers and the Debtor's books and records.

Dated: August 19, 2010

By: _____
    Judith C. Sutfin
    Chief Financial Officer

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Case No. 10-_____ |
| | ) |
| AMCORE FINANCIAL, INC., | ) *Chapter 11* |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |
| | ) |

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

This list contains creditors holding the largest unsecured claims against the above-captioned debtor (the "Debtor"), as of approximately August 19, 2010, and in some instances reflects estimated amounts. This list has been prepared based upon the books and records of the Debtor. The Debtor believes that this list is representative of the largest creditors. The information presented in the list shall not constitute an admission by, nor is it binding on, the Debtor.

The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case.[1] The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101,[2] or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the largest unsecured claims.

---

[1] While Fed. R. Bankr. P. 1007(d) requires a debtor in a voluntary chapter 11 case to file a list of its top 20 unsecured creditors with the petition, the Debtor believes that it has less than 20 unsecured creditors (inclusive of the the subordinated debenture claims and the related trust securities claims, which are contractually subordinated to general unsecured claims).

[2] While generally the Debtor has not included any insiders on this list, the inclusion of any creditor on the list does not constitute an admission by the Debtor that such a creditor is not an insider.

| (1)<br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2)<br>NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3)<br>NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4)<br>INDICATE IF CLAIM IS CUDS | (5)<br>AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|
| Wilmington Trust Company as Trustee for AMCORE Capital Trust II<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890 | Wilmington Trust Company as Trustee<br>c/o Geoffrey J. Lewis, CCTS Assistant Vice President<br>Rodney Square North<br>1100 North Market Street,<br>Wilmington, DE 19890<br>(302) 636-6438 | Subordinated Debenture[3]:<br><br>March 27, 2007<br><br>Fixed/Floating rate junior subordinated debt due 2037 | | $57,481,699 ($51,547,000 in principal and $5,934,699 in interest) |
| JPMorgan Chase Bank, N.A.<br>10 S. Dearborn St., Mailcode IL 1-1415, Chicago, IL 60603 | JPMorgan Chase Bank, N.A.<br><br>Attn: Dennis Saletta, 10 S. Dearborn St., 36th Floor, Mailcode IL 1-1415, Chicago, IL 60603<br>(312) 732-7223 | Credit Agreement, dated August 8, 2007, as amended (Principal and Interest) | | $11,933,955 ($11,687,222 in principal and $246,733 in interest) |
| Ken Edge<br>12256 Leighton Dr.<br>Caledonia, IL 61011 | Ken Edge<br>12256 Leighton Dr.<br>Caledonia, IL 61011 | Deferred Comp. Benefits and SERP Benefits | | $2,067,893 |
| Bob Meuleman<br>5340 Winding Creek Dr.<br>Rockford, IL 61114 | Bob Meuleman<br>5340 Winding Creek Dr.<br>Rockford, IL 61114 | SERP Benefits | | $1,289,522 |
| Jim Waddell<br>2657 Saxon Place<br>Rockford, IL 61114 | Jim Waddell<br>2657 Saxon Place<br>Rockford, IL 61114 | Deferred Comp. Benefits and SERP Benefits | | $1,165,795 |

---

[3]   Claims arising under the Subordinated Indenture and the related trust securities are contractually subordinated to general unsecured claims.

| (1)<br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2)<br>NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3)<br>NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4)<br>INDICATE IF CLAIM IS CUDS | (5)<br>AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|
| Federal Deposit Insurance Corporation<br>c/o Robert R. Furnier<br>Gonzalez Saggio & Harlan LLP<br>One Financial Way, Suite 312<br>Cincinnati, OH 45242<br>Robert_Furnier@gshllp.com<br>Phone: (513) 792-6720<br>Fax: (513) 792-6724 | Federal Deposit Insurance Corporation<br>c/o Robert R. Furnier<br>Gonzalez Saggio & Harlan LLP<br>One Financial Way, Suite 312<br>Cincinnati, OH 45242<br>Robert_Furnier@gshllp.com<br>Phone: (513) 792-6720<br>Fax: (513) 792-6724 | | | $960,000 |
| Milton Brown<br>2435 Clinton Road, Rockford, IL 61107 | Milton Brown<br>2435 Clinton Road, Rockford, IL 61107 | OPEB – Director Emeritus payments | | $63,629 |
| Robert "Bud" Doyle<br>2034 Glenview Road, Rockford, IL 61107 | Robert "Bud" Doyle<br>2034 Glenview Road, Rockford, IL 61107 | OPEB – Director Emeritus payments | | $41,798 |
| Gerald Waters<br>20661 Rivers Ford<br>Estero, FL 33928 | Gerald Waters<br>20661 Rivers Ford<br>Estero, FL 33928 | Deferred Comp. Benefits | | $12,698 |
| State Street Bank and Trust Company<br>Accounting Operations CC1/1<br>Box 5607<br>Boston, MA 02206-5607 | State Street Bank and Trust Company<br>Accounting Operations CC1/1<br>Box 5607<br>Boston, MA 02206-5607 | | | $810 |

| (1)<br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2)<br>NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3)<br>NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4)<br>INDICATE IF CLAIM IS CUDS | (5)<br>AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|
| CT Corporation System<br>208 S. LaSalle Street - Team 4, Suite 814<br>Chicago, IL  60604<br>Phone (312) 345-4328<br>Fax: (312) 345-4344 | CT Corporation System<br>208 S. LaSalle Street - Team 4, Suite 814<br>Chicago, IL  60604<br>Phone (312) 345-4328<br>Fax: (312) 345-4344 | Contract | | $358 |
| Curtis 1000, Inc.<br>Curtis 1000 Headquarters<br>1725 Breckinridge Parkway<br>Suite 500<br>Duluth, GA 30096 | Curtis 100, Inc.<br>ATTN: Bruce Bray<br>1725 Breckinridge Parkway<br>Suite 500<br>Duluth, GA 30096<br>(678) 924-2170 | Contract | Disputed | |
| Data Dimensions Corporation<br>Bridget Olson<br>400 Midland Court,<br>PO Box 1465<br>Janesville, WI 53547-1465<br>Phone: (608) 757-1100 | Data Dimensions Corporation<br>Bridget Olson<br>400 Midland Court,<br>PO Box 1465<br>Janesville, WI 53547-1465<br>Phone: (608) 757-1100 | Contract | Disputed | |
| InterCall<br>15272 Collections Center Drive<br>Chicago, IL 60693 | InterCall<br>15272 Collections Center Drive<br>Chicago, IL 60693 | Contract | Disputed | |
| Standard Insurance Company<br>Attn: Cindy L. Call<br>920 SW Sixth Avenue<br>Portland, OR 97204 | Standard Insurance Company<br>Attn: Cindy L. Call<br>920 SW Sixth Avenue<br>Portland, OR 97204 | Contract | Disputed | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Case No. 10-_____ |
| | ) |
| AMCORE FINANCIAL, INC., | ) *Chapter 11* |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |
| | ) |

### VERIFICATION OF CREDITOR MATRIX

I, Judith C. Sutfin, Chief Financial Officer of the above-captioned Debtor and an authorized signatory in this chapter 11 case, verify that the attached list is true and correct to the best of my knowledge, information, and belief.

Dated: August 19, 2010

By: _Judith C. Sutfin_ _____
Judith C. Sutfin
Chief Financial Officer, AMCORE
Financial, Inc.

AMCORE Financial Inc  Master Service List.txt

ALLTEL Information Services, Inc.
Attn.: President, Integrated Financial Solution
601 South Lake Destiny Drive
Suite 300
Maitland, FL 61110

ALLTEL Information Services, Inc.
Attn.: General Counsel
4001 Rodney Parham Road
Little Rock, AR 72212
Phone: (815) 968-2241

AMCORE Capital Trust II
501 Seventh Street
Rockford, IL 61110
Attn: Douglas Howe
Phone: (866) 889-9808

AMCORE Investment Services, Inc.
501 Seventh Street
Rockford, IL 61110

AMCORE Financial, Inc.
200 South Wacker Drive, Suite 3100
Chicago, IL 60606
Attn: Guy Francesconi, General Counsel

Attorney General of the United States
Dept. of Justice
950 Pennsylvania Ave., NW
Washington DC 20530-0001
Phone: (202) 514-2001

Bauer, Paula
4538 Pawnee Pass
Madison, WI53711

Brown, Milton
2435 Clinton Road
Rockford, IL 61107

Burson-Marsteller, LLC
Attn: Diana Shayon
230 Park Avenue South
New York, NY 10003
Phone: (212) 614-4191

Business Controls, Inc.
d/b/a MySafeWorkplace
7810 Shaffer Parkway
Suite 125
Littleton, CO 80127

Clark/Bardes Consulting Inc.
Compensation Resource Group
Attn: Vice President Client Service
2121 San Jacinto Street
Dallas , TX 75201-7906
Phone: (214) 720-6050

Computershare Executive Services
412 Wall Street
Princeton , NJ 08540

AMCORE Financial Inc  Master Service List.txt

CT Corporation System
208 S. LaSalle Street - Team 4, Suite 814
Chicago, IL  60604
Phone (312) 345-4328
Fax: (312) 345-4344

Curtis 1000, Inc.
Curtis 1000 Headquarters
ATTN: Bruce Bray
1725 Breckinridge Parkway
Suite 500
Duluth, GA 30096

Data Dimensions Corporation
Bridget Olson
400 Midland Court,
PO Box 1465
Janesville, WI 53547-1465
Phone: (608) 757-1100

Deloitte Tax LLP
Attn: Jeff Barth
555 E. Wells Street, Suite 1400
Milwaukee, WI 53202-3824
Phone: (414) 347-6156

Deloitte & Touche
Attn: James Stuart
555 E. Wells Street, Suite 1400
Milwaukee, WI 53202-3824

Department of the Treasury - IRS
Centralized Insolvency Operations,
PO Box 21125
Philadelphia, PA 19114

Diversified Investment Advisors, Inc.
600 Montgomery Street
34th Floor
San Francisco, CA 94111

Donovan, Paul
1275 Arbor Lane,
Lake Forest, IL 60045

Doyle, Robert
2034 Glenview Road,
Rockford, IL 61107

Edge, Ken
12256 Leighton Dr
Caledonia, IL  61011

Faidley, Teresa
8300 Callie Avenue
Morton Grove, IL 60053

Federal Deposit Insurance Corporation
FDIC
B. Amon James, Counsel-Legal Division
3501 Fairfax Drive, Room D-7074
Arlington, VA 22226

AMCORE Financial Inc  Master Service List.txt
BAjames@fdic.gov
Phone: (703) 562-2631

Federal Deposit Insurance Corporation
FDIC
Kathryn Norcross, Senior Counsel
3501 Fairfax Drive, Room D-7074
Arlington, VA 22226
KNorcross@fdic.gov
Phone: (703) 562-2302

Federal Deposit Insurance Corporation
c/o Robert R. Furnier
Gonzalez Saggio & Harlan LLP
One Financial Way, Suite 312
Cincinnati, OH 45242
Robert_Furnier@gshllp.com
Phone: (513) 792-6720
Fax: (513) 792-6724

Federal Deposit Insurance Corporation
c/o Jeannette Conrad
Gonzalez Saggio & Harlan LLC
Two Prudential Plaza
180 North Stetson Avenue, Suite 4525
Chicago, IL 60601
Phone: (312) 638-0023
FAX 312-236-1750

Fleetwood Financial, a division of IDB Leasing, Inc.
1001 Durham Avenue,
South Plainfield, N.J. 07080
Phone: (908) 522-6622

Francesconi, Guy
705 S Whispering Hills Drive
Naperville, IL 60540

Gleeson, John
412 N Hickory
Arlington Hts., IL  60004

Godfrey and Kahn
c/o John Donahue
780 North Water Street
Milwaukee, WI 53202-3590
Phone: (414) 273-3500

Group Administrators, Ltd.
c/o Mr. David Dorfman
450 East Remington Road
Schaumburg, IL 60173
Phone: (847) 519-1880

Halbrook, John
728 Promenade Pointe Drive
St Augustine, FL  32095

HARE & Co.
c/o The Bank of New York Mellon
PO Box 11203
New York, NY 10286

AMCORE Financial Inc  Master Service List.txt

Harris National Association
Kathleen M. Deane,
Senior Vice President and Deputy General Counsel,
111 West Monroe Street,
Chicago, IL  60603
Phone: (312) 461-5165

Hay, Fred
3918 Oakes Ave
Anacortes, WA 98221-1287

HCL Capital Stream, Inc.
Exchange Building
821 2nd Ave.
Seattle, WA 98104

Iglesias-Solomon, Teresa
5702 Blake Rd
Edina, MN  55436

Illinois Department of Revenue
Bankruptcy Section
Level 7-425
100 W. Randolph St.
Chicago, IL 60101

InterCall
15272 Collections Center Drive
Chicago, IL 60693

JPMorgan Chase Bank, N.A.
c/o Kenneth M. Lodge
Locke Lord Bissell & Liddell LLP,
111 South Wacker Drive,
Chicago, IL 60606
klodge@lockelord.com
Phone: (312) 443-0478

JPMorgan Chase Bank, N.A.
ATTN: Dennis Saletta
10 S. Dearborn St.,
36th Floor,
Mailcode IL 1-1415,
Chicago, IL 60603
dennis.m.saletta@chase.com
Phone: (312) 732-7223

Kretsinger, Michelle and Keith
c/o Lasky & Rifkind, LTD.,
ATTN: Norman Rifkind
350 N. LaSalle Street, Suite 1320
Chicago, IL 60610

LaSalle Bank, NA as Trustee for
Alesco Preferred Funding XV, Ltd.
540 West Madison, 25th Floor
Chicago, IL 60661

Magnum Property Partners No. 1, L.L.C.
c/o Magnum Resources, Inc.
11422 Miracle Hills Drive
Omaha, NE 68154

AMCORE Financial Inc  Master Service List.txt
Marc Whitney, Inc.
20101 SW Birch Street
Newport Beach, CA 92660

Marshall & Ilsley Corporation
770 North Water Street
Milwaukee, WI 53202

McGladrey & Pullen, LLP
1252 Bell Valley Road
Suite 300
Rockford, IL 61108
Phone: (815) 231-7300

McManaman, Bill
204 S Spring Ave
LaGrange, IL   60525

Meuleman, Bob
5340 Winding Creek Dr
Rockford, Il  61114

MPOWER HRIS Solutions, Inc.
Attn: John Morrissey
5919 Spring Creek Road
Rockford, IL 61114

Office of the United States Attorney
ATTN: Civil Process Clerk
Northern District of Illinois, Eastern Division
219 S. Dearborn St.
Chicago, IL 60604

Office of the United States Attorney
Northern District of Illinois, Eastern Division
219 S. Dearborn St., 5th Floor,
Chicago, IL 60604
Phone: (312) 353-5300

Office of the United States Trustee
Richard C. Friedman,
219 S. Dearborn Street, Room 873
Chicago, IL 60604

Paper Recovery Service Corporation
7972 Crest Hills Drive
Loves Park, IL 61111

Powell, Yvette H.
3675 Stubai Trail
Rockford, IL 61114

Reno, Michael G.
c/o Morgan & Morgan, P.A.
ATTN: Tucker H. Byrd
20 North Orange Avenue, 16th Floor
Orlando, FL 32801

Rogers, Steven S.
1211 S. Prairie Ave.,
Unit #1801,
Chicago, IL 60605

AMCORE Financial Inc  Master Service List.txt

Securities and Exchange Commission,
Merri Jo Gillette, Regional Director,
Chicago Regional Office,
175 W. Jackson Boulevard, Suite 900,
Chicago, IL 60604
Chicago@sec.gov

Securities and Exchange Commission,
SEC Headquarters,
100 F. Street NE,
Washington, D.C. 20549
Phone: (202) 942-8088

Service Security Technologies, Inc.
Attn: Gary Ainsworth
10462 Product Drive, Suite D
Machesney Park, IL  61115
Phone: (815) 877-9700

Shane, Merry F.
c/o Meyer & Horning, P.C.
ATTN: Timothy F. Horning
3400 North Rockton Avenue
Rockford, IL 61103

Skadden, Arps, Slate, Meagher & Flom LLP
George N. Panagakis,
155 North Wacker Drive,
Chicago, IL 60606-1720
george.panagakis@skadden.com
Phone: (312) 407-0700

Skadden, Arps, Slate, Meagher & Flom LLP
Justin M. Winerman
155 North Wacker Drive,
Chicago, IL 60606-1720
justin.winerman@skadden.com
Phone: (312) 407-0700

SNL Financial LC
One SNL Plaza
PO Box 2124
Charlottesville, VA 22902

Standard Insurance Company
Attn: Cindy L. Call
920 SW Sixth Avenue
Portland, OR 97204
Phone: 1-800-348-3226 ext. 4653 or (888) 937- 4783

StoneCastle
[Need Address]

Sutfin, Judith
127 Muirfield Circle
Wheaton, IL  60189

US Environmental Protection Agency
Richard L Nagle
Bankruptcy Contact
US EPA REgion 5 Mail Code C-14J
Chicago, IL 60604

Page 6

AMCORE Financial Inc  Master Service List.txt

Waddell, Jim
2657 Saxon Place
Rockford, IL   61114

Ward, Jack
11341 Lindbergh Lane
Poplar Grove, IL 61065

Waters, Gerald
20661 Rivers Ford
Estero, FL 33928

Wells Fargo
Shareowners Services
Attn: Mark Henning
161 North Concord Exchange
South St. Paul, MN 55075
Phone: (651) 306-4423

Willis of Illinois, Inc.
233 S. Wacker Drive
Chicago, IL 60606

Wilmington Trust Company
c/o Geoffrey J. Lewis, CCTS
Senior Financial Services Officer
Corporate Capital Market Services
Rodney Square North
1100 N. Market Street
Wilmington, DE 19890-1615
glewis@wilmingtontrust.com
Phone: (302) 636-6438

Wilmington Trust Company
Attn: Corporate Capital Markets
Rodney Square North
1100 N. Market Street
Wilmington, DE 19890-0001

Wilmington Trust Company
c/o Jason Solomon
Alston & Bird LLP,
101 South Tryon Street, Suite 4000,
Charlotte, NC 28208-4000
jason.solomon@alston.com

Winston & Strawn LLP
Attn: Robert F. Wall
35 W. Wacker Drive
Chicago, IL 60601-9703
Fax: (312) 558-5700

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 10-_____ |
| | ) | |
| AMCORE FINANCIAL, INC., | ) | *Chapter 11* |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | |

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure ("FRBP") 7007.1 the following is a corporation other than the Debtor or a governmental unit, that directly or indirectly owns 10% or more of any class of the Debtor's equity interests, or states that there are no entities to report under FRBP 7007.1:

**None:** No entities to report under FRBP 7007.1

### DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned authorized officer of AMCORE Financial, Inc. the debtor in this case (the "Debtor"), declare under penalty of perjury that I have read the foregoing corporate ownership statement of the Debtor and that it is true and correct to the best of my information and belief.

Dated: August 19, 2010

By: _____

Judith C. Sutfin
Chief Financial Officer of
AMCORE Financial, Inc.