IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 10-37144 |
| AMCORE FINANCIAL, INC., | ) Chapter 11 |
| Debtor. | ) Hon. Susan Pierson Sonderby |

### AFFIDAVIT OF SERVICE

I, Ricardo Tejeda Romero, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), claims and noticing agent for the Debtor in the above-captioned case.

On June 5, 2012, under my direction and under my supervision, employees of KCC caused the following document to be served via First Class mail upon the service list attached hereto as **Exhibit A**; and via Electronic mail upon the service list attached hereto as **Exhibit B**:

- **Order Granting Final Decree Closing the Debtor's Chapter 11 Bankruptcy Case** [Docket No. 188]

Dated  June 7, 2012

Ricardo Tejeda Romero

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 7th day of June, 2011, by Ricardo Tejeda Romero, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature

LYDIA PASTOR NINO
Commission # 1960751
Notary Public - California
Los Angeles County
My Comm. Expires Nov 18, 2015

# EXHIBIT A

| COMPANY | CONTACT | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| ALLTEL Information Services, Inc | General Counsel | 4001 Rodney Parham Rd | | Little Rock | AR | 72212 |
| ALLTEL Information Services, Inc | President Integrated Financial Solution | 2001 Summit Park Dr Ste 100 | | Orlando | FL | 32810-5906 |
| Alston & Bird LLP | J William Boone | 1201 W Peachtree St | | Atlanta | GA | 30309-3424 |
| AMCORE Capital Trust II | Douglas Howe | 501 Seventh St | | Rockford | IL | 61110 |
| AMCORE Financial, Inc | Guy Francesconi General Counsel | 200 South Wacker Dr Ste 3100 | | Chicago | IL | 60606 |
| AMCORE Investment Services, Inc | | 501 Seventh St | | Rockford | IL | 61110 |
| Attorney General of the United States | Dept of Justice | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 |
| Barroway Topaz Kessler Meltzer & Check LLP | Edward W Ciolko | 280 King of Prussia Rd | | Randor | PA | 19087 |
| Barroway Topaz Kessler Meltzer & Check LLP | Mark K Gyandoh | 280 King of Prussia Rd | | Randor | PA | 19087 |
| Bauer, Paula | | 4538 Pawnee Pass | | Madison | WI | 53711 |
| Brown, Milton | | 2435 Clinton Rd | | Rockford | IL | 61107 |
| Burson Marsteller, LLC | Diana Shayon | 230 Park Ave South | | New York | NY | 10003 |
| Business Controls, Inc | d/b/a MySafeWorkplace | 5995 Greenwood Plz Blvd Ste 110 | | Englewood | CO | 80111-4710 |
| Clark/Bardes Consulting Inc | Compensation Resource Group | Vice President Client Service | 2121 San Jacinto St | Dallas | TX | 75201-7906 |
| Computershare Executive Services | | 412 Wall St | | Princeton | NJ | 08540 |
| CT Corporation System | | 208 S LaSalle St Team 4 Ste 814 | | Chicago | IL | 60604 |
| Curtis 1000, Inc | Curtis 1000 Headquarters | Bruce Bray | 1725 Breckinridge Pkwy Ste 500 | Duluth | GA | 30096 |
| Data Dimensions Corporation | Bridget Olson | 400 Midland Ct | PO Box 1465 | Janesville | WI | 53547-1465 |
| Deloitte & Touche | James Stuart | 555 E Wells St Ste 1400 | | Milwaukee | WI | 53202-3824 |
| Deloitte Tax LLP | Jeff Barth | 555 E Wells St Ste 1400 | | Milwaukee | WI | 53202-3824 |
| Department of the Treasury IRS | Centralized Insolvency Operations | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Diversified Investment Advisors, Inc | | 101 2nd St Ste 350 | | San Francisco | CA | 94105-3669 |
| Donovan, Paul | | 1275 Arbor Ln | | Lake Forest | IL | 60045 |
| Doyle, Robert | | 2034 Glenview Rd | | Rockford | IL | 61107 |
| Edge, Ken | | 12256 Leighton Dr | | Caledonia | IL | 61011 |
| Faidley, Teresa | | 8300 Callie Ave | | Morton Grove | IL | 60053 |
| Federal Deposit Insurance Corporation | B Amon James Counsel Legal Division | 3501 Fairfax Dr Rm D 7074 | | Arlington | VA | 22226 |
| Federal Deposit Insurance Corporation | FDIC | Kathryn Norcross Senior Counsel | 3501 Fairfax Dr Rm D 7074 | Arlington | VA | 22226 |
| Federal Deposit Insurance Corporation | Jeannette Conrad | Gonzalez Saggio & Harlan LLC | Two Prudential Plz 180 North Stetson Ave Ste 4525 | Chicago | IL | 60601 |
| Federal Deposit Insurance Corporation | Robert R Furnier | Gonzalez Saggio & Harlan LLP | One Financial Way Ste 312 | Cincinnati | OH | 45242 |
| Fleetwood Financial, a division of IDB Leasing, Inc | | 25 Deforest Ave St 3030 | | Summit | NJ | 07901-2140 |
| Francesconi, Guy | | 705 S Whispering Hills Dr | | Naperville | IL | 60540 |
| Gleeson, John | | 412 N Hickory | | Arlington Hts | IL | 60004 |
| Godfrey & Kahn | John Donahue | 780 North Water St | | Milwaukee | WI | 53202-3590 |
| Group Administrators, Ltd | Mr David Dorfman | 450 East Remington Rd | | Schaumburg | IL | 60173 |
| Halbrook, John | | 728 Promenade Pointe Dr | | St Augustine | FL | 32095 |
| HARE & Co | The Bank of New York Mellon | PO Box 11203 | | New York | NY | 10286 |
| Harris National Association | c o Robert Mauser | 111 West Monroe St | | Chicago | IL | 60603 |
| Hay, Fred | | 3918 Oakes Ave | | Anacortes | WA | 98221-1287 |
| HCL Capital Stream, Inc | Exchange Building | 821 2nd Ave | | Seattle | WA | 98104 |
| Iglesias Solomon, Teresa | | 5702 Blake Rd | | Edina | MN | 55436 |
| Illinois Department of Revenue | Bankruptcy Section | Level 7 425 | 100 W Randolph St | Chicago | IL | 60101 |
| InterCall | | 15272 Collections Ctr Dr | | Chicago | IL | 60693 |
| Jack Henry & Associates | 663 W Highway 60 | PO Box 807 | | Monett | MO | 65708-8215 |
| JPMorgan Chase Bank, NA | Dennis Saletta | 10 S Dearborn St 36th Fl | Mailcode IL 1 1415 | Chicago | IL | 60603 |
| JPMorgan Chase Bank, NA | Kenneth M Lodge | Locke Lord Bissell & Liddell LLP | 111 South Wacker Dr | Chicago | IL | 60606 |
| LaSalle Bank, NA as Trustee for | Alesco Preferred Funding XV Ltd | 540 West Madison 25th Fl | | Chicago | IL | 60661 |
| Lasky & Rifkind LTD | Norman Rifkind & Heidi VonderHeide | 351 W Hubbard St Ste 401 | | Chicago | IL | 60654-4465 |
| Locke Lord Bissell & Liddell LLP | Courtney E Barr | 111 S Wacker Dr | | Chicago | IL | 60606 |

| COMPANY | CONTACT | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Locke Lord Bissell & Liddell LLP | Travis D Rojakovick | 111 S Wacker Dr | | Chicago | IL | 60606 |
| Magnum Property Partners No 1, LLC | Magnum Resources Inc | 11422 Miracle Hills Dr | | Omaha | NE | 68154 |
| Marc Whitney, Inc | | 20101 SW Birch St | | Newport Beach | CA | 92660 |
| Marshall & Ilsley Corporation | | 770 North Water St | | Milwaukee | WI | 53202 |
| McGladrey & Pullen, LLP | | 1252 Bell Valley Rd | Ste 300 | Rockford | IL | 61108 |
| McManaman, Bill | | 204 S Spring Ave | | LaGrange | IL | 60525 |
| Meuleman, Bob | | 4 Marmaduke Ln | | Savannah | GA | 31411 |
| Morgan Lewis & Bockius | Julie A Govreau Charles C Jackson Deborah S Davidson & Kristen A Milton | 77 West Wacker Dr | | Chicago | IL | 60601-5094 |
| MPOWER HRIS Solutions, Inc | John Morrissey | 5919 Spring Creek Rd | | Rockford | IL | 61114 |
| Office of the United States Attorney | Civil Process Clerk | Northern District of Illinois Eastern Division | 219 S Dearborn St | Chicago | IL | 60604 |
| Office of the United States Attorney | | Northern District of Illinois Eastern Division | 219 S Dearborn St 5th Fl | Chicago | IL | 60604 |
| Office of the United States Trustee | Cameron Gulden | 219 S Dearborn St Rm 873 | | Chicago | IL | 60604 |
| Paper Recovery Service Corporation | | 7972 Crest Hills Dr | | Loves Park | IL | 61111 |
| Powell, Yvette H | | 3675 Stubai Trail | | Rockford | IL | 61114 |
| Reno, Michael G | Morgan & Morgan PA | Tucker H Byrd | 20 North Orange Ave 16th Fl | Orlando | FL | 32801 |
| Rogers, Steven S | | 1211 S Prairie Ave | Unit No 1801 | Chicago | IL | 60605 |
| Royal Crown Events | | 4001 N Perryville Rd Ste D | | Loves Park | IL | 61111 |
| Securities & Exchange Commission | Sonia Chae | 175 W Jackson Blvd Ste 900 | | Chicago | IL | 60604 |
| Securities & Exchange Commission, | Merri Jo Gillette Regional Director | Chicago Regional Office | 175 W Jackson Blvd Ste 900 | Chicago | IL | 60604 |
| Securities & Exchange Commission, | SEC Headquarters | 100 F St NE | | Washington | DC | 20549 |
| Service Security Technologies, Inc | Gary Ainsworth | 8187 Commerce Dr | | Loves Park | IL | 61111-5710 |
| Shane, Merry F | Meyer & Horning PC | Timothy F Horning | 3400 North Rockton Ave | Rockford | IL | 61103 |
| SNL Financial LC | One SNL Plaza | PO Box 2124 | | Charlottesville | VA | 22902 |
| Standard Insurance Company | Cindy L Call | 920 SW Sixth Ave | | Portland | OR | 97204 |
| StoneCastle | | 120 W 45th St | | New York | NY | 10036-4041 |
| US Environmental Protection Agency | Richard L Nagle | Bankruptcy Contact | US EPA REgion 5 Mail Code C 14J | Chicago | IL | 60604 |
| Waddell, Jim | | 2657 Saxon Pl | | Rockford | IL | 61114 |
| Ward, Jack | | 11341 Lindbergh Ln | | Poplar Grove | IL | 61065 |
| Waters, Gerald | | 2724 Ridgewood Ave | | Davenport | IA | 52803 |
| Wells Fargo | Shareowners Services | Mark Henning | 161 North Concord Exchange | South St Paul | MN | 55075 |
| WilliamsMcCarthy LLP | Thomas P Sandquist & Timothy J Rollins | 120 W State St | PO Box 219 | Rockford | IL | 61105-0219 |
| Willis of Illinois, Inc | | 233 S Wacker Dr | | Chicago | IL | 60606 |
| Wilmington Trust Company | Corporate Capital Markets | Rodney Square North | 1100 N Market St | Wilmington | DE | 19890-0001 |
| Wilmington Trust Company | Geoffrey J Lewis CCTS Senior Financial Services Officer | Corporate Capital Market Services | Rodney Square North 1100 N Market St | Wilmington | DE | 19890-1615 |
| Wilmington Trust Company | Jason Solomon | Alston & Bird LLP | 101 South Tryon St Ste 4000 | Charlotte | NC | 28208-4000 |
| Winston & Strawn LLP | Robert F Wall | 35 W Wacker Dr | | Chicago | IL | 60601-9703 |

# EXHIBIT B

**Exhibit B**
**Core 2002 Email Service List**

| COMPANY | CONTACT | Email |
| --- | --- | --- |
| Alston & Bird LLP | J. William Boone | bill.boone@alston.com |
| Barroway Topaz Kessler Meltzer & Check LLP | Edward W. Ciolko | eciolko@btkmc.com |
| Barroway Topaz Kessler Meltzer & Check LLP | Mark K. Gyandoh | mgyandoh@btkmc.com |
| Federal Deposit Insurance Corporation | B Amon James Counsel-Legal Division | BAjames@fdic.gov |
| Federal Deposit Insurance Corporation | Jeannette Conrad<br>Gonzalez Saggio & Harlan | Jeannette_Conrad@gshllc.com |
| Federal Deposit Insurance Corporation | Kathryn Norcross Senior Counsel | KNorcross@fdic.gov |
| Federal Deposit Insurance Corporation | Robert R Furnier<br>Gonzalez Saggio & Harlan | Robert_Furnier@gshllp.com |
| Harris National Association | c o Robert Mauser | robert.mauser@harrisbank.com |
| Jennifer Saffer | | jlsaffer@jlsaffer.com<br>ams@jlsaffer.com |
| JPMorgan Chase Bank, NA | Dennis Saletta | dennis.m.saletta@chase.com |
| JPMorgan Chase Bank, NA | Kenneth M Lodge<br>Locke Lord Bissell & Liddell LLP | klodge@lockelord.com |
| Morgan Lewis & Bockius | Julie A. Govreau, Charles C Jackson, Deborah S Davidson & Kristen A Milton | jgovreau@morganlewis.com |
| Securities and Exchange Commission, | Merri Jo Gillette Regional Director | Chicago@sec.gov |
| Velda Johnson | | vjohnson@jlsaffer.com |
| Wilmington Trust Company | Geoffrey J Lewis CCTS Senior Financial Services Officer | glewis@wilmingtontrust.com |
| Wilmington Trust Company | Jason Solomon<br>Alston & Bird LLP | jason.solomon@alston.com |