IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**Case Name:**     AMCORE FINANCIAL, INC.
**Case No:**       10-37144

**Final Operating Report
for the
Period Ending May 29, 2012**

**Debtor's Address**
200 South Wacker Drive, Suite 3100
Chicago, IL  60606

**U.S. TRUSTEE QUARTERLY FEE STATEMENT**
Pursuant to Fed. R. Bankr. P. 2015(a)(5)

Case Name:　　AMCORE FINANCIAL, INC.
Case No:　　　10-37144
For Period Ending:　　May 29, 2012

### DISBURSEMENTS

| | MONTH | | DISBURSEMENTS |
|---|---|---|---|
| 1. | April, 2012 | $ | 54,417.75 |
| | May, 2012 | $ | 12,220.62 |
| | | $ | - |
| | TOTAL DISBURSEMENTS FOR QUARTER | $ | 66,638.37 |
| 2. | QUARTERLY FEE OWED PURSUANT TO 28 U.S.C. Sec 1930(A)(6) | $ | 650.00 |
| 3. | QUARTERLY FEE PAID (Attach proof of payment) | $ | 650.00 |
| 4. | AMOUNT OF UNPAID FEES (IF ANY) | $ | - |

I, Guy W. Francesconi acting as the duly authorized agent for the Debtor in Possession (Trustee) (Plan Administrator) declare under penalty of perjury under the laws of the United States that I have read and certify that the figures, statements, disbursement itemizations, and account balances as listed in this U.S. Trustee Quarterly Fee Statement are true and correct as of the date of this report to the best of my knowledge, information and belief.

DATED:　June 14, 2012

*[signature]*
Liquidation Trust Administrator for the
AMCORE Financial, Inc. Liquidation Trust

(Print or type name and capacity
of person signing this
Declaration).

Guy W. Francesconi

Liquidation Trust Administrator

\* This report reflects statement of disbursements made from the date of the last quarterly report through the date of the Final Order Closing the Bankruptcy Case, as required under such Final Order.

EXHIBIT "D"

Case Name: AMCORE FINANCIAL, INC.
Case No: 10-37144
For Period Ending: May 29, 2012

**Quarterly Operating Report Detail**

| Credit/ Debit Date | Description | Expense/ Outflow | Income/ Inflow | Running Balance |
|---|---|---|---|---|
| | Beginning Balance March 31, 2012 | | | 315,695 |
| 4/2/2012 | Legal Fees | 53,533 | | 262,162 |
| 4/12/2012 | Checking account analysis fees | 108 | | 262,054 |
| 4/17/2012 | Office of U. S. Trustee quarterly fees | 650 | | 261,404 |
| 4/22/2012 | Office services expense | 126 | | 261,277 |
| 5/10/2012 | Checking account analysis fees | 84 | | 261,194 |
| 5/11/2012 | MPower--Trust Administrator & consultant fees | 4,841 | | 256,352 |
| 5/11/2012 | MPower--Payment processing fee | 250 | | 256,102 |
| 5/19/2012 | Secretary of State of Nevada filing fee | 100 | | 256,002 |
| 5/23/2012 | Stock transfer agent fees | 6,946 | | 249,057 |
| | | 66,638 | | 249,057 |

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | | | |
|---|---|---|---|---|
| **Case Name:** | AMCORE FINANCIAL, INC. | | | |
| **Case No:** | 10-37144 | | | |
| **For Period Ending:** | May 29, 2012 | | | |

## SUMMARY OF CASH POSITIONS

| Disbursement Accounts | | | 3/31/2012 | 5/29/2012 |
|---|---|---|---|---|
| BMO Harris Bank ( formerly M&I Bank) | AMCORE FINANCIAL, INC. | 47028069 | $ 31,881 | $ 25,809 |
| BMO Harris Bank ( formerly M&I Bank) | AMCORE FINANCIAL, INC. LIQUIDATION TRUST | 57351789 | 283,814 | 223,248 |
| | Total Disbursement Accounts | $ | 315,695 | $ 249,057 |
| | Total Non-Loan Cash Accounts | $ | 315,695 | $ 249,057 |