| Date Filed | Claim No. | Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Claim Amount | A | R | A/R Date | Nature |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/4/10 | 14 | Curtis 1000, Inc | Bruce Bray | 1725 Breckinridge Pkwy Ste 500 | | | Duluth | GA | 30096 | $120,000.00 | | | | General Unsecured |
| 10/1/10 | 13 | Daniel J Barrett | | 25W786 Flint Creek Rd | | | Wheaton | IL | 60189 | EXPUNGED | | | | General Unsecured |
| 10/19/10 | 33 | Department of the Treasury Internal Revenue Service | Internal Revenue Service | PO Box 21126 | | | Philadelphia | PA | 19114 | W/D | | | | Priority |
| 2/16/11 | 36 | Department of the Treasury Internal Revenue Service | Internal Revenue Service | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | $0.00 | A | | 10/18/10 | Priority |
| 10/11/10 | 28 | Donald Don Wilson | | 300 Concord Dr | | | Brookfield | WI | 53005 | UNLIQUIDATED | | | | General Unsecured |
| 11/5/10 | 35 | FDIC as Receiver for AMCORE Bank NA | B Amon James | FDIC | 3501 Fairfax Dr Rm VS D 7076 | | Arlington | VA | 22226-3500 | UNLIQUIDATED | | | | Priority |
| 10/11/10 | 22 | Frederick Fred Hay | | 3918 Oakes Ave | | | Anacortes | WA | 98221 | UNLIQUIDATED | | | | General Unsecured |
| 10/11/10 | 25 | Guy Francesconi | | 705 S Whispering Hills Dr | | | Naperville | IL | 60540 | UNLIQUIDATED | | | | General Unsecured |
| 9/7/10 | 4 | Intercall | Attn Melody Lohr | 7171 Mercy Rd Ste 200 | | | Omaha | NE | 68106 | $2,191.63 | | | | General Unsecured |
| 10/11/10 | 24 | Jack Ward | | 11341 Lindbergh Ln | | | Poplar Grove | IL | 61065 | UNLIQUIDATED | | | | General Unsecured |
| 9/7/10 | 3 | James J West | | 634 Duane St | | | Glen Ellyn | IL | 60137 | EXPUNGED | | | | Priority |
| 9/7/10 | 3 | James J West | | 634 Duane St | | | Glen Ellyn | IL | 60137 | EXPUNGED | | | | General Unsecured |
| 9/23/10 | 9 | James S Waddell | | 2657 Saxon Pl | | | Rockford | IL | 61114 | $701,239.00 | | | | General Unsecured |
| 9/23/10 | 8 | James S Waddell | | 2657 Saxon Pl | | | Rockford | IL | 61114 | $471,690.00 | | | | General Unsecured |
| 10/11/10 | 27 | John Gleeson | | 412 N Hickory | | | Arlington Heights | IL | 60004 | UNLIQUIDATED | | | | General Unsecured |
| 10/11/10 | 29 | John Halbrook | | 728 Promenade Pointe Dr | | | St Augustine | FL | 32095 | UNLIQUIDATED | | | | General Unsecured |
| 10/5/10 | 18 | JPMorgan Chase Bank NA | c o Courtney E Barr | Locke Lord Bissell & Liddell LLP | 111 S Wacker Dr | | Chicago | IL | 60606 | | | | | Secured |
| 10/5/10 | 18 | JPMorgan Chase Bank NA | c o Courtney E Barr | Locke Lord Bissell & Liddell LLP | 111 S Wacker Dr | | Chicago | IL | 60606 | $11,933,955.00 | | | | General Unsecured |
| 10/11/10 | 23 | Judith Carre Sutfin | | 127 Muirfield Cir | | | Wheaton | IL | 60189 | UNLIQUIDATED | | | | General Unsecured |
| 9/23/10 | 12 | Kenneth E Edge | | 12256 Leighton Dr | | | Caledonia | IL | 61011 | $83,643.00 | | | | General Unsecured |
| 9/23/10 | 11 | Kenneth E Edge | | 12256 Leighton Dr | | | Caledonia | IL | 61011 | $1,996,831.00 | | | | General Unsecured |
| 10/11/10 | 31 | Kenneth Ken Edge | | 12256 Leighton Dr | | | Caledonia | IL | 61011 | UNLIQUIDATED | | | | General Unsecured |
| 9/9/10 | 5 | Kretsinger, Michelle & Keith | c o Edward W Ciolko and Mark K Gyandoh | Barroway Topaz Kessler Meltzer & Check LLP | 280 King of Prussia Rd | | Radnor | PA | 19087 | UNLIQUIDATED | | | | General Unsecured |
| 7/22/11 | 37 | Kurtzman Carson Consultants LLC | | 2335 Alaska Ave | | | El Segundo | CA | 90245 | UNLIQUIDATED | | | | Admin Priority |
| 10/11/10 | 30 | Lori Burke | | 13697 White School Rd | | | South Beloit | IL | 61080 | UNLIQUIDATED | | | | General Unsecured |
| 10/25/10 | 34 | Mark A Matthiesen | | 9137 W Wisconsin | | | Milwaukee | WI | 53226 | EXPUNGED | | | | Priority |
| 9/7/10 | 1 | Melvin H Buser | | 1252 Sanctuary Cir | | | Rockford | IL | 61107 | EXPUNGED | | | | General Unsecured |
| 9/13/10 | 6 | Merry F Shane | Attn Timothy F Horning | c o Meyer & Horning PC | 3400 N Rockton Ave | | Rockford | IL | 61103 | UNLIQUIDATED | | | | General Unsecured |
| 9/23/10 | 10 | Meuleman, Robert J | | 4 Marmaduke Ln | | | Savannah | GA | 31411 | $1,479,286.00 | | | | General Unsecured |
| 10/6/10 | 15 | Milton Brown | | 2435 Clinton Rd | | | Rockford | IL | 61107 | $64,006.00 | | | | General Unsecured |
| 10/11/10 | 26 | Paul Donovan | | 1275 Arbor Ln | | | Lake Forest | IL | 60045 | UNLIQUIDATED | | | | General Unsecured |
| 10/11/10 | 19 | Paula Bauer | | 4538 Pawnee Pass | | | Madison | WI | 53711 | UNLIQUIDATED | | | | General Unsecured |
| 9/27/10 | 7 | Standard Insurance Company | | 920 SW 6th Ave | | | Portland | OR | 97204 | $10,000.00 | | | | Priority |
| 10/11/10 | 20 | Steven S Rogers | | 1211 S Prairie Ave Unit No 1801 | | | Chicago | IL | 60605 | UNLIQUIDATED | | | | General Unsecured |
| 10/11/10 | 32 | Teresa Iglesias Solomon | | 5702 Blake Rd | | | Edina | MN | 55436 | UNLIQUIDATED | | | | General Unsecured |
| 9/9/10 | 2 | Waters, Gerald | | 20661 Rivers Ford | | | Estero | FL | 33928 | $12,698.00 | | | | General Unsecured |
| 10/8/10 | 21 | William Bill McManaman | | 204 S Spring Ave | | | LaGrange | IL | 60525 | UNLIQUIDATED | | | | General Unsecured |
| 10/6/10 | 17 | William R McManaman | | 204 S Spring Ave | | | LaGrange | IL | 60525 | $13,500,000.00 | | | | General Unsecured |
| 10/6/10 | 17 | Wilmington Trust Company as Trustee for the Holders of the Fixed Floating Rate Junior Subordinated Debt Securities Due 2037 under that Certain Indenture Dated March 27 2007 | | Attn Suzanne MacDonald VP | Wilmington Trust Company as Trustee | 1100 N Market St | Wilmington | DE | 19890 | $43,307,507.48 | | | | General Unsecured |
| 10/6/10 | 16 | Wilmington Trust Company as Trustee for the Holders of the Fixed Floating Rate Junior Subordinated Debt Securities Due 2037 under that Certain Indenture Dated March 27 2007 | | Attn Suzanne MacDonald VP | Wilmington Trust Company as Trustee | 1100 N Market St | Wilmington | DE | 19890 | $63,917.90 | | | | General Unsecured |